IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| STEVEN OWENS, | : | |
|---|---|---|
| Plaintiff, | : | |
| v. | : | No.: 4:13-CV-680 |
| JOHN MURRAY, ET AL., | : | (Judge Brann) |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of September 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Remaining Defendants' unopposed motion for summary judgment (Doc. 69) is **GRANTED**.

2. Jurisdiction is declined with respect to Plaintiff's state law tort claims.

3. The Clerk of Court is directed to **CLOSE** the case.

4. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge